Argued March 1, reversed April 3, 1978

BJORN, *Respondent,*

*v.*

MOTOR VEHICLES DIVISION, *Appellant.*

(No. 7447, CA 9184)

576 P2d 1271

William F. Nessly, Jr., Assistant Attorney General, Salem, argued the cause for appellant. With him on the brief were James A. Redden, Attorney General, and Al J. Laue, Solicitor General, Salem.

No appearance for respondent.

Before Schwab, Chief Judge, Lee, Richardson and Joseph, Judges.

PER CURIAM.

Reversed, *Blackburn v. Motor Vehicles Div.,* 33 Or App 397, 576 P2d 1267 (1978).